DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARRINGTON ZACHARIAS LEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0085

[January 8, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432024CF000748B.

Daniel Eisinger, Public Defender, and Benjamin Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***